# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SULLIVAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| EXPERIAN INFORMATION ) | Civil Action No. 16-cv-11719-MLW |
| SOLUTIONS, INC., RUSHMORE LOAN ) | |
| MANAGEMENT SERVICES, LLC, ) | |
| SELENE FINANCE, LP, and DOES 1 to ) | |
| 10 inclusive, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, hereby notifies the Court that the it has reached a settlement with Plaintiff, Robert Sullivan ("Plaintiff") (hereinafter Plaintiff with Experian referred to as the "Parties") in the above-referenced matter.  The Parties are in the process of finalizing the settlement, whereupon Plaintiff will file a Notice of Dismissal with Prejudice.  The Parties anticipate that the settlement and dismissal of claims against Experian will be finalized within the next sixty (60) days.

Dated: October 18, 2017  Respectfully submitted,

>*/s/ Laura Diss Gradel*
>Laura Diss Gradel (BBO# 692315
>JONES DAY
>100 High Street, 21st Floor
>Boston, MA 02110
>617-449-6894 (telephone)
>617-449-6999 (facsimile)
>lgradel@jonesday.com
>
>*Attorney for Defendant*
>*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I, Laura Diss Gradel, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 18, 2017.

>*/s/ Laura Diss Gradel*
>Laura Diss Gradel