## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SULLIVAN,<br><br>          Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; RUSHMORE LOAN MANAGEMENT SERVICES, LLC; SELENE FINANCE, LP; and DOES 1 to 10, inclusive<br><br>          Defendants. | Case No.: 1:16-cv-11719-MLW |

### STIPUALTION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(ii), Plaintiff Robert Sullivan ("Plaintiff"), by and through his undersigned counsel and Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, hereby stipulate to dismiss Plaintiff's claims against Experian with prejudice and with each party to bear its own costs and attorneys' fees.

Dated: December 4, 2017

Respectfully submitted,

By: /s/ David A. Chami
David A. Chami (admitted Pro Hac Vice)
PRICE LAW GROUP, APC
1024 E. Baseline Road, Suite 102
Tempe, AZ 85283
david@pricelawgroup.com

By: /s/ NickYousif
Nick Yousif, Esq. (MA# 679545)
157 Belmont Street
Brockton, MA 02301
T: (508) 588-7300
nick@yousiflaw.con

Counsel for Plaintiff
Robert Sullivan

/s/Laura Diss Gradel
Laura Diss Gradel (BBO# 692315)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110
T: (617) 449-6894
F: (617) 449-6999
lgradel@jonesday.com

Counsel for Defendant
Experian Information Solutions, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record in this matter.

/s/ Sandra Padilla