# United States Court of Appeals
## For the First Circuit

No. 20-2096

ROBERT SULLIVAN

Plaintiff - Appellee

v.

SELENE FINANCE LP

Defendant - Appellant

EXPERIAN INFORMATION SOLUTIONS, INC.;
RUSHMORE LOAN MANAGEMENT SERVICES, LLC; DOES 1 to 10, inclusive

Defendants

**JUDGMENT**

Entered: January 14, 2021
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
David A. Chami
Walter Harley Porr Jr.
Richard C. Demerle
John T. Precobb
Laura Diss Gradel