# United States Court of Appeals
## For the First Circuit

No. 20-2096

ROBERT SULLIVAN

Plaintiff - Appellee

v.

SELENE FINANCE LP

Defendant - Appellant

EXPERIAN INFORMATION SOLUTIONS, INC.;
RUSHMORE LOAN MANAGEMENT SERVICES, LLC; DOES 1 to 10, inclusive

Defendants

**MANDATE**

Entered: January 14, 2021

In accordance with the judgment of January 14, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
David A. Chami
Richard C. Demerle
Laura Diss Gradel
Walter Harley Porr Jr.
John T. Precobb