UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SULLIVAN, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| SELENE FINANCE, LP, | ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

CIVIL ACTION NO. 16-11719-MPK

## SELENE FINANCE LP'S RULE 68 OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68, Selene Finance LP ("Selene") offers to allow judgment to enter for Plaintiff Robert Sullivan on all claims asserted against Selene (i.e., Count I (violation of the Fair Credit Reporting Act) and Count III (violation of the Federal Debt Collection Practices Act)) in the amount of $30,000 inclusive of interest, plus reasonable attorneys' fees and costs as determined by the Court.

Defendant
SELENE FINANCE, LP.
By its attorneys,

/s/ Richard Briansky
Amy B. Hackett (BBO# 676345)
Richard Briansky (BBO# 632709)
PECKAR & ABRAMSON, P.C.
28 State Street – Suite 1802
Boston, MA  02109
Tel.: (857) 284-8155
Fax: (617) 206-1998
Email:  ahacklett@pecklaw.com

Dated:  November 1, 2021

## CERTIFICATE OF SERVICE

I, Richard Briansky, hereby certify that on November 1, 2021, I caused the foregoing document to be served on the following counsel of record by electronic mail and hand delivery

David A Chami
Price Law Group APC
8245N 85th Way
Scottsdale, AZ 85258
Email:  david@pricelawgroup.com

*/s/ Richard Briansky*
Richard Briansky