# EXHIBIT C

| DATE | VENDOR | AMOUNT | REASON |
|---|---|---|---|
| 8/23/2016 | U.S. District of Massachusetts | $ 400.00 | Civil filing fee |
| 10/17/2016 | Lone Star Attorney Services | $ 67.50 | Service of civil documents on Defendant Selene |
| 11/4/2017 | U.S. District of Massachusetts | $ 100.00 | Filing fee re: Motion for leave to appear pro hac vice David Chami |
| 2/27/2018 | American Airlines | $ 443.60 | Round trip air flight for deposition of Jessica Edwards |
| | Hotel | unknown | no charge |
| 2/28/2018 | G&M Court reporters | $ 511.25 | Deposition of Jessica Edwards |
| 5/15/2018 | Janice Russell Transcripts | $ 133.10 | Transcript of hearing held on 4/30/2018 |
| | Airfare | unknown | no charge |
| | Hotel | unknown | no charge |
| 8/8/2018 | Courtyard Houston Int | $ 159.00 | Conference room rental for deposition of Cathy Oliver |
| 8/8/2018 | Hanna & Hanna, Inc. | $ 597.63 | Deposition of Cathy Oliver |
| 9/10/2018 | American Airlines | $ 183.20 | One way air flight for mediation/settlement conference for David Chami |
| 9/15/2018 - 9/17/2018 | American Airlines | $ 352.39 | Round trip air flight for mediation/settlement conference for support staff |
| 9/15/2018 - 9/17/2018 | AC Hotels by Marriott | $ 275.45 | Hotel room for medtiation/settlement conference support staff |
| 9/15/2018 - 9/17/2018 | AC Hotels by Marriott | $ 515.03 | Hotel room for medtiation/settlement conference |
| 9/17/2018 | American Airlines | $ 154.99 | One way air flight for mediation/settlement conference for David Chami |
| 10/2/2018 | Janice Russell Transcripts | $ 157.25 | Transcript of hearing held on 7/12/2018 |
| 12/30/2020 | 1st Circuit Court of Appeals | $ 238.00 | Admission to the 1st Cir. Court due to Selene's notice of interlocutory appeal |
| Duration of civil case | Administrative costs | $ 285.00 | Printining, mailing, stationary (Discovery material and trial documents/exhibits) |
| | **TOTAL COSTS** | **$ 4,573.39** | |