# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SULLIVAN,<br><br>      Plaintiff,<br><br>v.<br><br>SELENE FINANCE, LP, *et al.*,<br><br>      Defendants. | No. 1:16-cv-11719-MPK<br><br>**DECLARATION OF NICOLA YOUSIF IN SUPPORT OF PLAINTIFF'S PETITION FOR AWARD OF ATTORNEYS' FEES AND COSTS** |

I, Nicola Yousif, hereby do declare as follows:

1. I am an attorney duly licensed to practice in the Commonwealth of Massachusetts. This declaration is based on personal knowledge of the matters set forth herein.

2. I am an attorney of record for Robert Sullivan in the instant matter.

3. I have been licensed to practice in the Commonwealth of Massachusetts since April 2010.

4. I am the managing partner of The Law Offices of Attorney Nick Yousif.

## Counsel's Experience

5. Over the past two years, I have grown my practice in the area of consumer protection.

6. In 2019, I filed and helped resolve three consumer protection cases. See *Marc Thomis v. First Citizens Federal Credit Union et al.*, (Case No. CV-19-10664), United States

District Court, District of Massachusetts. See *Loraine Foley et al. v. M&T Bank Corporation et al.*(Case No. CV-19-11162) United States District Court, District of Massachusetts. See *Betsy Pelland v. Allied Interstate, LLC et al.*

7. In 2020, I filed and helped resolve two consumer protection cases. See *Kimberly Lowe v. Experian Information Solutions*, (Case No. CV-20-11546), United States District Court, District of Massachusetts. See *Kimberly Lowe v. JP Morgan Chase Bank & Co. et al.*(Case No. 2159CV000321), Commonwealth of Massachusetts, Plymouth District Court.

8. To date in 2021, I have filed seven consumer protection cases in the United States District Court, District of Massachusetts.

9. I have represented 547 consumers and businesses in bankruptcy cases since December 2010, including filing Ch.7, Ch.13 and Ch. 11 cases.

10. I have represented approximately 366 consumers in mortgage related cases.

11. I am a member of the National Consumer Law Center (NCLC).

12. I have attended various webinars offered by NCLC.

I swear under penalty of perjury that the forgoing is true and correct

Respectfully submitted this 13th day of December 2021.

        THE LAW OFFICE OF
        ATTORNEY NICK YOUSIF

        By: /s/*Nicola Yousif*
        Nicola Yousif, MA #679545