UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SULLIVAN,<br><br>    Plaintiff,<br><br>v.<br><br>SELENE FINANCE, LP, *et al.*,<br><br>    Defendants. | No. 1:16-cv-11719-MPK<br><br>**DECLARATION OF FLORENCE LIRATO IN SUPPORT OF PLAINTIFF'S PETITION FOR AWARD OF ATTORNEYS' FEES AND COSTS** |

I, Florence Lirato, hereby do declare as follows:

1. I am a litigation paralegal with Price Law Group, APC. This declaration is based on personal knowledge of the matters set forth herein.

2. I have been employed as a litigation paralegal with Price Law Group, APC since June of 2016.

3. Since 2016, I have assisted in over 500 consumer protection cases.

4. The spreadsheet printout attached hereto as Exhibit C is a true and correct statement of the costs expended in prosecuting the above captioned case since 2016.

I swear under penalty of perjury that the forgoing is true and correct.

Respectfully submitted this 17th day of December 2021.

_____
Florence Lirato