# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SULLIVAN,<br><br>    Plaintiff,<br><br>v.<br><br>SELENE FINANCE, LP, *et al.*,<br><br>    Defendants. | No. 1:16-cv-11719-MPK<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on December 17, 2021, I electronically filed the following documents with the Clerk of the Court using the ECF system:

1) Plaintiff's Petition for award of attorneys' fees and costs;

2) Exhibit A – Hours Spreadsheet;

3) Exhibit B – U.S. Consumer Law Attorney Fee Survey Report;

4) Exhibit C – Costs Spreadsheet;

5) Declaration of David A. Chami;

6) Declaration of Nicola Yousif;

7) Declaration of Florence Lirato;

8) Declaration of Ronald Wilcox; and

9) Declaration of Adam Deutsch.

Notice of such filing will be sent to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

Dated: December 17, 2021                    PRICE LAW GROUP, APC

                                            By: */s/ Florence Lirato*